**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PAM La FOSSE, et al., <br><br> Plaintiff, <br><br> v. <br><br> SANDERSON FARMS, INC., <br><br> Defendant. | CASE NO. 3:19-CV-06570 (RS) <br> ORDER <br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO REMAINING PLAINTIFF AND CLAIMS** <br><br> Judge: Honorable Richard Seeborg <br> Location: Courtroom 3, 17th Floor, <br> 450 Golden Gate Avenue, <br> San Francisco, CA 94102 |

**WHEREAS**, after a considerable expenditure of legal resources and a detailed review of the facts and law—including the Ninth Circuit's decision in *Cohen v. ConAgra Brands, Inc.*, No. 20-55969, 2021 WL 4956243 (9th Cir. Oct. 26, 2021)—Plaintiff Pam La Fosse has determined to voluntarily dismiss her claims against Sanderson Farms, Inc. ("Sanderson") with prejudice;

**WHEREAS**, Plaintiff and her counsel no longer seek to certify a class in this action and hereby withdraw any class allegations;

**WHEREAS**, Sanderson has not paid and will not pay to Plaintiff any consideration in respect of this dismissal, nor has Sanderson provided nor will it provide any other form of relief, and Plaintiff acknowledges she has not received and will not receive any compensation or relief in voluntarily deciding to dismiss her claims;

**WHEREAS**, the Parties all consent to dismissal of Plaintiff's claims in accordance with and in recognition of the representations above;

**WHEREAS**, although this matter was filed as a class action, the class was not certified nor proposed to be certified, such that Court approval of the dismissal pursuant to Rule 23(e) of the Federal Rules of Civil Procedure is not required;

**WHEREAS**, the Parties agree to bear their own costs and legal fees as incurred;

**THEREFORE**, in recognition of the foregoing, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Pam La Fosse and Defendant Sanderson Farms, Inc. hereby STIPULATE that all remaining claims should be DISMISSED WITH PREJUDICE.  Parties agree to bear all costs as incurred.

DATED: November 19, 2021                        Respectfully submitted,

/s/ *Bonner C. Walsh*
Bonner C. Walsh (admitted *pro hac vice*)
1561 Long Haul Road
Grangeville, ID 83530
Tel: (541) 359-2827
Fax: (866) 503-8206
bonner@walshpllc.com

/s/ *Jonathan D. Miller*
Jonathan D. Miller, Esq.
Alison M. Bernal, Esq.
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Tel: (805) 963-2345
Fax: (805) 284-9590
jonathan@nshmlaw.com
alison@nshmlaw.com

/s/ *Adam Gonnelli*
Adam Gonnelli (admitted *pro hac vice*)
7030 East Genessee Street
Fayetteville, New York 13066
Telephone: (917) 541-7110
Fax: (315) 446-7521
adam@arglawoffice.com

/s/ *Gretchen Elsner*
Gretchen Elsner (admitted *pro hac vice*)
314 S. Guadalupe Street
Santa Fe, NM 87501
Tel: (505) 303-0980
Fax: (505) 395-4501
gretchen@elsnerlaw.org

*Counsel for Plaintiff*

---

STIPULATION OF DISMISSAL                                        CASE NO. 3:19-CV-06570 (RS)

**IT IS SO ORDERED**

*Richard Seeborg*
Judge Richard Seeborg

Dated: 11/19/2021

/s/ Michael A. Glick
Michael A. Glick

Mark McKane, P.C. (SBN 230552)
mark.mckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 29th Floor
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
gregg.locascio@kirkland.com
Michael A. Glick (admitted *pro hac vice*)
michael.glick@kirkland.com
Terence J. McCarrick (admitted *pro hac vice*)
tj.mccarrick@kirkland.com
Elizabeth Hedges (admitted *pro hac vice*)
elizabeth.hedges@kirkland.com
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Counsel for Defendant*
*Sanderson Farms, Inc.*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

/s/ Michael A. Glick
Michael A. Glick